IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| KIMBERLY WELLS | : | CIVIL ACTION |
| | : | |
| v. | : | No. 15-5675 |
| | : | |
| RETINOVITREOUS ASSOCIATES, LTD. | : : | |

### ORDER

AND NOW, this 21st day of June, 2016, upon consideration of Defendant Retinovitreous Associates, Ltd.'s Motion for Summary Judgment, Plaintiff Kimberly Wells's response thereto, the parties' presentations at the June 6, 2016, pretrial conference, and for the reasons set forth in the accompanying Memorandum, it is ORDERED Defendant's Motion (Document 16) is GRANTED. Judgment is entered in favor of Defendant as to all claims.

The Clerk of Court is DIRECTED to mark this case CLOSED.

BY THE COURT:

/s/ Juan R. Sánchez
Juan R. Sánchez, J.